THOMAS B. CLARK, an Infant, by Guardian ad litem, Respondent, *v.* THE NEW YORK, LAKE ERIE AND WESTERN RAILROAD COMPANY, Appellant.

(Submitted April 25, 1889; decided June 4, 1889.)

APPEAL from judgment of the General Term of the Supreme Court in the fifth judicial department, entered upon an order made June 1, 1886, which affirmed a judgment in favor of plaintiff, entered upon a verdict, and affirmed an order denying a motion for a new trial.

*James H. Stevens* for appellant.

*Leslie W. Wellington* for respondent.

Agree to affirm; no opinion.
All concur, except EARL, J., not voting.
Judgment affirmed.

---

LOUIS BOLDT, an Infant, by Guardian, etc., Respondent, *v.* WILLIAM D. MURRAY, Appellant.

(Argued April 25, 1889; decided June 4, 1889.)

APPEAL from judgment of the General Term of the Supreme Court in the fifth judicial department, entered upon an order made the first Tuesday of June, 1886, which affirmed a judgment in favor of plaintiff, entered upon a verdict and affirmed an order denying a new trial.

*William B. Hoyt* for appellant.

*George M. Osgoodby* for respondent.

Agree to affirm on opinion of BRADLEY, J., below.
All concur.
Judgment affirmed.